HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DEREK BYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Derek Byers,<br><br>Defendant. | Case No.  6:19-mj-00083-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   September 2, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

    The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Derek Byers, hereby stipulate and jointly move this Court to continue Mr. Byers's hearing scheduled for August 18, 2020 until September 2, 2020.

    On May 6, 2020, Mr. Byers's case was continued for a change of plea on August 18, 2020. The parties are actively working towards a settlement, but have not reached a final agreement yet. The undersigned requests the change of plea be continued until September 2, 2020 to finalize a settlement agreement.  The government does not object.

//

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  August 17, 2020          */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated:  August 17, 2020          HEATHER E. WILLIAMS
Federal Defender

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
Derek Byers

**ORDER**

The above stipulation to continue the status conference in case 6:19-mj-00083 JDP until September 2, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   August 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE