Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK LANCE BYERS,<br><br>Defendant. | Docket Number  6:19-mj-0083-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  Assistant Federal Defender Benjamin A. Gerson has provided the government with documentation indicating Mr. Byers passed away on July 1, 2020.

.

Dated:  August 31, 2020                    /S/ Sean O. Anderson
                                                                               Sean O. Anderson
                                                                               Legal Officer
                                                                               Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Byers*, 6:19-mj-0083-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 31, 2020                         _____
                                                 UNITED STATES MAGISTRATE JUDGE

2